# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERNEST CHRISTOPHER MOORE, Petitioner, v. L.S. McEWEN, Respondent. | No. CV 12-07248-DOC (DFM) <br><br> Order Accepting Amended Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. No objections to the Amended Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition with prejudice.

Date: February 26, 2020

DAVID O. CARTER
United States District Judge