# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERNEST CHRISTOPHER MOORE, Petitioner, v. L.S. McEWEN, Respondent. | No. CV 12-07248-DOC (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: February 26, 2020

_____
DAVID O. CARTER
United States District Judge